(USAO GAN 6/10)  Search Warrant

# United States District Court

NORTHERN DISTRICT OF GEORGIA

In the Matter of the Search of

Nine electronic devices seized from the property located at 556 Stallings Road Trenton, GA 30752 on or about June 11, 2021

**SEARCH WARRANT**
Case number: 4:21-MC-90

TO: Postal Inspector James C. Fincher, and any Authorized Officer of the United States

Affidavit having been made before me by James C. Fincher who has reason to believe that in the property described as:

**Nine electronic devices seized from the property located at 556 Stallings Road Trenton, GA 30752 on or about June 11, 2021, as further described in Attachment A, incorporated herein by reference,**

in the Northern District of Georgia there is now concealed certain property, certain information, and certain data, namely,

**See Attachment B, incorporated herein by reference,**

which constitutes evidence of a crime, contraband, fruits of crime, or items illegally possessed, and property designed for use, intended for use, or used in committing a crime, concerning violations of Title 18, United States Code, Sections 2261A, 875(b), and 922(o).  I find that the affidavit establishes probable cause to search for and seize the certain property, certain information, and certain data from the property described above.

YOU ARE HEREBY COMMANDED to execute this warrant on or before __December 3, 2021__ (not to exceed 14 days) AT ANY TIME IN THE DAY OR NIGHT AS I FIND GOOD CAUSE HAS BEEN ESTABLISHED.  You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a copy of the warrant and receipt at the place where the property was taken. The officer executing the warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Walter E. Johnson.

| November 19, 2021 at 11:21 a.m. | at | Rome, Georgia |
|---|---|---|
| Date and Time Issued | | City and State |

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*Walter E. Johnson*
Signature of Judicial Officer
Issued pursuant to Federal Rule of Criminal Procedure 4.1.

AUSA Annalise K. Peters

annalise.peters@usdoj.gov

(USAO GAN 6/10)  Search and Seizure Warrant (Page 2)

| RETURN | | |
|---|---|---|
| Case No: 4:21-MC-90 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of | | |
| A list of property/information/data/person(s) seized: | | |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_____             _____
Date                                                                     Executing officer's signature

                                                                                    _____
                                                                                    Printed name and title

## ATTACHMENT A

### Property to be Searched

The property to be searched are the following nine electronic devices:

- a Dell PowerEdge R710 Model E02S rack style computer,
- a BarraCuda 80 gigabyte hard drive,
- a Western Digital 2 terabyte hard drive,
- two (2) white SanDisk 32 gigabyte thumb drives,
- a red and black SanDisk Cruzer Blade 16 gigabyte thumb drive,
- a black SanDisk Cruzer 4 gigabyte thumb drive with "KOB" etched into the top,
- a PNY Elite Portable SSD 480 gigabyte external hard drive, and
- a Netac 8 gigabyte SD memory card,

(collectively, the SUBJECT DEVICES), which were seized from the property located at 556 Stallings Road Trenton, GA 30752 on or about June 11, 2021, and are believed to be owned by KEVIN BURRESS. The SUBJECT DEVICES are currently in the custody of the Dade County Sheriff's Office located in Trenton, Georgia.

**End of Attachment A**

## ATTACHMENT B

### Property to be Seized

All records and information that constitute contraband or evidence, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 2261A (cyberstalking), 875(b) (extortionate threats), and 922(o) (possession of a machinegun), including:

1. Electronic communications including, but not limited to, text messages, e-mail messages, application-based text messages, application-based video or picture messaging, as the messages relate to communication with or about A.K., J.K., M.K., or other members or associates of the K. family;

2. Records evidencing the use internet to communicate with A.K.'s online business webpage or submitting messages to the K. family through the online business webpage;

3. Personal identifying information of A.K., J.K., M.K., and other members of the K. family;

4. Contact lists, as they pertain to communication with or about A.K., J.K., M.K., or other members or associates of the K. family;

5. Video and pictures, as they pertain to A.K. or the K. family;

6. Internet history, as it pertains to A.K., J.K., M.K., or other members or associates of the K. family, making plans to visit Chicago, or the purchase or manufacturing of firearms or firearm related parts, including auto sears;

7. 3D printing designs, internet searches, research, and software related to 3-D printing, including the 3D printing of firearms and firearm related parts;

8. Digital notes that pertain to A.K., J.K., M.K., or other members or associates of the K. family;

9. Any stored digital documents such as stories, diaries, or letters that pertain to A.K., J.K., M.K., or other members or associates of the K. family;

10. Log files from applications that can be used for communication and/or file sharing as it pertains to A.K., J.K., M.K., or other members or associates of the K. family;

11. Any stored digital documents for the booking of travel or purchase of firearms, ammunition, or firearm-related parts;

12. Information showing BURRESS's schedule, travel, and intended or planned travel from November 2019 until his arrest on or about June 11, 2021;

13. Any files, documents, or information that show ownership of the items to be searched;

14. Evidence of utilization of email accounts, social media accounts, and online chat programs, including any account/user names;

15. Passwords, encryption keys, and other access devices that may be necessary to access the **SUBJECT DEVICES**;

16. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the **SUBJECT DEVICES**;

17. Records of or information about Internet Protocol addresses used by the **SUBJECT DEVICES**;

18. Records of or information about the **SUBJECT DEVICES'** Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

19. Evidence of user attribution showing who used or owned the **SUBJECT DEVICES** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data), any photographic form, and any physically created evidence (such as writings in a notebook).

**End of Attachment B**